```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SVETLANA VAIDOTIENE,

                Defendant.

21 Cr. 295-7 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a change of plea proceeding for Defendant Vaidotiene on **September 20, 2022,** at **3:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/covid-19-coronavirus.

    SO ORDERED.

Dated: September 7, 2022
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge