```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/5/2023_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SVETLANA VAIDOTIENE,

                           Defendant.

21 Cr. 295-7 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The sentencing scheduled for January 18, 2023, is RESCHEDULED to **January 17, 2023**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated: January 5, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge