UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SVETLANA VAIDOTIENE,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/5/2023_

21 Cr. 295-7 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for January 18, 2023, is RESCHEDULED to **January 17, 2023**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: January 5, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge